UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RODNEY TOW, TRUSTEE, § | | CIVIL ACTION 4:15-cv-2065 |
| APPELLEE, § | | |
| § | | ADVERSARY CASE NO. 14-3280 |
| VERSUS § | | |
| § | | DISTRICT JUDGE GRAY H. MILLER |
| WATER QUALITY INSURANCE § | | |
| SYNDICATE, § | | |
| APPELLANT. § | | |

_____

**DESIGNATION OF THE ISSUES ON APPEAL**
**PURSUANT TO BANKR. RULE 8009(a)(1)(A)**

NOW INTO COURT, through undersigned counsel, comes Water Quality Insurance Syndicate ("WQIS"), and submits its statement of the issues to be presented on appeal pursuant to Bankruptcy Rule 8009(a)(1)(A):

1) Whether the Bankruptcy Court committed error when it held that Texas law controls the interpretation of the insurance policy at issue, despite the parties' mutual choice of New York law to govern their maritime insurance contract.

2) Whether the Bankruptcy Court committed error when it failed to find that no "Occurrence" is alleged in the underlying litigation, negating coverage and eliminating any duty to reimburse defense costs.

3) Whether the Bankruptcy Court committed error when it failed to find that WQIS has no duty to reimburse defense costs paid to counsel it has not approved.

4) Whether the Bankruptcy Court committed error when it held that, under Texas law, WQIS failed to sufficiently raise the issue of prejudice due to late notice.

Respectfully submitted,

MONTGOMERY BARNETT, L.L.P.

<u>/s/   Stephen L. Williamson</u>
STEPHEN L. WILLIAMSON (La. Bar No. 8316)
A. GORDON GRANT, JR. (La. Bar No. 6221)
PHILIP S. BROOKS, JR. (La. Bar No. 21501)
JEREMY D. RUSH (La. Bar No. 30705)
1100 Poydras Street, Suite 3300
New Orleans, LA 70163
Telephone:     (504) 585-3200
Facsimile:      (504) 585-7688
E-mail:            swilliamson@monbar.com
                      ggrant@monbar.com
                      pbrooks@monbar.com
                      jrush@monbar.com

*Attorneys for Water Quality Insurance Syndicate*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on August 25, 2015, notice of this document will be electronically mailed to the parties registered or otherwise entitled to receive electronic notices in this proceeding pursuant to the Electronic Filing Procedures in this District.

              */s/   Stephen L. Williamson*
              STEPHEN L. WILLIAMSON (La. Bar No. 8316)
              A. GORDON GRANT, JR. (La. Bar No. 6221)
              PHILIP S. BROOKS, JR. (La. Bar No. 21501)
              JEREMY D. RUSH (La. Bar No. 30705)
              Montgomery Barnett, L.L.P.
              1100 Poydras Street, Suite 3300
              New Orleans, LA 70163
              Telephone: (504) 585-3200
              Facsimile: (504) 585-7688
              E-mail: swilliamson@monbar.com
                 ggrant@monbar.com
                 pbrooks@monbar.com
                 jrush@monbar.com

              *Attorneys for Water Quality Insurance Syndicate*